rule to show cause, issued on July 23, 2012 [*ante*, p. 955], is discharged.

No. D–2690. IN RE DISCIPLINE OF MITCHELL. Robert Vincent Mitchell, of Pittsburgh, Pa., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2691. IN RE DISCIPLINE OF GITOMER. Mark Lawrence Gitomer, of Reisterstown, Md., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 11–1450. STANDARD FIRE INSURANCE CO. *v.* KNOWLES. C. A. 8th Cir. Certiorari granted.

No. 11–9540. DESCAMPS *v.* UNITED STATES. C. A. 9th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted limited to Question 1 presented by the petition.

No. 10–10180. MILLS *v.* ALABAMA, *ante*, p. 951;

No. 11–1156. BERNAL *v.* CHERRY ET AL., 566 U. S. 989;

No. 11–1215. ABDUR'RAHMAN *v.* COLSON, WARDEN, *ante*, p. 935;

No. 11–1233. TORAIN *v.* DEUTSCHE BANK NATIONAL TRUST CO., *ante*, p. 917;

No. 11–1270. AABDOLLAH *v.* AABDOLLAH, *ante*, p. 936;

No. 11–1297. M. H. R., A CHILD *v.* FLORIDA, *ante*, p. 936;

No. 11–7424. RIGO RAMIREZ *v.* CALIFORNIA, *ante*, p. 952;

No. 11–7857. JOHNSON *v.* UNITED STATES, 566 U. S. 940;

No. 11–7979. WHITESIDE *v.* ARKANSAS, *ante*, p. 950;

No. 11–9104. PELLETIER *v.* UNITED STATES, 566 U. S. 1023;

No. 11–9318. ROSS *v.* CHAPMAN, WARDEN, 566 U. S. 1012;

No. 11–9337. SURABIAN ET AL. *v.* RESIDENTIAL FUNDING CO., LLC, FKA RESIDENTIAL FUNDING CORP., 566 U. S. 1012;

No. 11–9430. SIMPSON *v.* INTERSCOPE GEFFEN A&M RECORDS, 566 U. S. 1014;

No. 11–9472. GEMAS *v.* HENEKS ET AL., 566 U. S. 1023;

No. 11–9507. IN RE SEKENDUR, 566 U. S. 1021;

No. 11–9664. GRAVES *v.* WETZEL, SECRETARY, PENNSYLVANIA DEPARTMENT OF CORRECTIONS, ET AL., 566 U. S. 1038;

No. 11–9671. BABIKER *v.* CITY OF NEW ORLEANS, LOUISIANA, ET AL., 566 U. S. 1039;

No. 11–9750. KERN *v.* WOODS ET AL., *ante,* p. 908;

No. 11–9773. WHITLEY *v.* SCISM, WARDEN, *ante,* p. 909;

No. 11–9801. DOWDY *v.* VIRGINIA, *ante,* p. 919;

No. 11–9863. SMITH *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, *ante,* p. 938;

No. 11–9864. HUYNH *v.* EXECUTIVE COMMITTEE OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, *ante,* p. 909;

No. 11–9882. IN RE ALSTON, *ante,* p. 932;

No. 11–9973. LAZAROV *v.* KIMMEL ET AL., *ante,* p. 940;

No. 11–10002. RABB *v.* MCBRIDE, WARDEN, 566 U. S. 1040;

No. 11–10028. SCANLAN *v.* UNITED STATES, 566 U. S. 1029;

No. 11–10109. HILL *v.* HUMPHREY, WARDEN, 566 U. S. 1041;

No. 11–10135. ACEVEDO SANCHEZ *v.* UNITED STATES, 566 U. S. 1041;

No. 11–10239. LYONS *v.* COLEMAN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT FAYETTE, ET AL., *ante,* p. 941;

No. 11–10303. JONES *v.* UNITED STATES, *ante,* p. 913;

No. 11–10444. WILLIAMS *v.* TAMEZ, WARDEN, *ante,* p. 924;

No. 11–10447. VOGEL *v.* UNITED STATES, *ante,* p. 942; and

No. 11–10487. IN RE HIGDON, *ante,* p. 932. Petitions for rehearing denied.

No. 11–10263. BAXTER *v.* UNITED STATES, *ante,* p. 914. Petition for rehearing denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 09–594. DE LA ROSA *v.* HOLDER, ATTORNEY GENERAL, 560 U. S. 903. Motion for leave to file petition for rehearing denied.

SEPTEMBER 10, 2012

No. 11–1538. ECKSTEIN MARINE SERVICE, L. L. C., NKA MARQUETTE TRANSPORTATION COMPANY GULF-INLAND, L. L. C. *v.*